**O**

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CLARK,<br><br>              Plaintiff,<br>     v.<br><br>CAINE AND WEINER COMPANY, INC. and DOES 1–10,<br><br>              Defendants. | Case No. 2:12-cv-08867-ODW (PLAx)<br><br>**ORDER GRANTING MOTION TO WITHDRAW COMPLAINT [15]** |

    On June 18, 2013, Plaintiff Felicia Clark improperly noticed a motion to withdraw complaint before Magistrate Judge Paul L. Abrams for July 23, 2013. (ECF No. 15.) The Court promptly re-set the motion before this Court (where it should have been noticed) for July 22 at 1:30 p.m. (ECF No. 16.)

    Defendant Caine and Weiner Company, Inc. failed to timely opposed Clark's motion. *See* L.R. 7-9 (the non-moving party shall file an opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion"). Such inaction may be deemed consent to the granting of the motion. L.R 7-12. The Court

/ / /

/ / /

/ / /

/ / /

1  therefore **GRANTS** Clark's motion.  This case is hereby **DISMISSED** without
2  prejudice.

4  **IT IS SO ORDERED.**

6  July 3, 2013

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**