**O**

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CLARK, | Case No. 2:12-cv-08867-ODW (PLAx) |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW COMPLAINT [15]** |
| v. | |
| CAINE AND WEINER COMPANY, INC. and DOES 1–10, | |
| Defendants. | |

On June 18, 2013, Plaintiff Felicia Clark improperly noticed a motion to withdraw complaint before Magistrate Judge Paul L. Abrams for July 23, 2013. (ECF No. 15.) The Court promptly re-set the motion before this Court (where it should have been noticed) for July 22 at 1:30 p.m. (ECF No. 16.)

Defendant Caine and Weiner Company, Inc. failed to timely opposed Clark's motion. *See* L.R. 7-9 (the non-moving party shall file an opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion"). Such inaction may be deemed consent to the granting of the motion. L.R 7-12. The Court

/ / /

/ / /

/ / /

/ / /

therefore **GRANTS** Clark's motion.   This   case   is   hereby   **DISMISSED**   without prejudice.

**IT IS SO ORDERED.**

July 3, 2013

_____
**HON. OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**